**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| OURARING INC.,<br>*Plaintiff*,<br>v.<br>REEBOK INTERNATIONAL LIMITED, RILUK IPCO LIMITED, ORIGINAL FIT FACTORY LTD., *and* TRUCONNECT LTD.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-01129-JRG-RSP |

**ORDER**

Before the Court is the Joint Motion to Dismiss Pursuant to Rule 41(a)(2) (the "Motion") filed by Plaintiff Ouraring Inc. ("Plaintiff") and Defendants Reebok International Limited, RILUK IPCO Limited, The Original Fit Factory, and Trueconnect Ltd. ("Defendants"). (Dkt. No. 25.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITHOUT prejudice. (*Id*. at 1.) Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 29th day of July, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE